IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

| | |
|---|---|
| PAULA BRAZIL, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION |
| ) | FILE NO: 4:15-CV-00204-HLM |
| JANSSEN RESEARCH & ) | |
| DEVELOPMENT LLC, et al. ) | |
| ) | |
| Defendants. ) | |
| ) | |

**DEFENDANTS JANSSEN PHARMACEUTICALS, INC., JANSSEN RESEARCH & DEVELOPMENT LLC, JANSSEN ORTHO LLC, AND JOHNSON & JOHNSON'S MOTION TO DISMISS**

Defendants Janssen Pharmaceuticals, Inc., Janssen Research & Development LLC, Janssen Ortho LLC, and Johnson & Johnson (collectively "Defendants") respectfully request that the Court dismiss Plaintiff's Complaint on the following grounds:

First, the Court should dismiss Plaintiff's claims against Johnson & Johnson pursuant to Federal Rule of Civil Procedure 12(b)(2) because Plaintiff cannot satisfy her burden of showing that the Court has personal jurisdiction over Johnson & Johnson. Exercising jurisdiction would be improper under Georgia's long-arm

1

statute and would violate Johnson & Johnson's constitutional right to due process.

Second, the Court should dismiss Plaintiff's claims against all Defendants pursuant to Federal Rule of Civil Procedure 12(b)(6) because Plaintiff's Complaint fails to state a claim upon which relief may be granted. Plaintiff's Complaint lacks sufficient factual detail to support a plausible claim against Defendants in accordance with *Bell Atlantic Corp. v. Twombly*, 550 U.S. 544 (2007), and *Ashcroft v. Iqbal*, 556 U.S. 662 (2009).

Third, the Court should dismiss Plaintiff's design defect claims against all Defendants because they are preempted by federal law to the extent they are premised on a failure to change Invokana's design. Under binding Supreme Court precedent (*see PLIVA, Inc. v. Mensing*, 131 S. Ct. 2567 (2011); *Mut. Pharm. Co. v. Bartlett,* 133 S. Ct. 2466 (2013)), any change to Invokana's design as advocated by Plaintiff would conflict with federal law, which precludes a manufacturer from changing a drug's design without prior FDA approval.

In support of this Motion, Defendants rely upon the pleadings of the parties, the Memorandum of Law in Support of Their Motion to Dismiss filed contemporaneously herewith, and all matters of which the Court may take judicial notice.

WHEREFORE, Defendants respectfully request that this Court grant their

Motion to Dismiss and dismiss Plaintiff's Complaint.

Respectfully submitted this 7th day of January, 2016.

                                    *s/ Christiana C. Jacxsens*
                                    Christiana C. Jacxsens
                                    Georgia Bar No. 233912
                                    GREENBERG TRAURIG, LLP
                                    Terminus 200
                                    3333 Piedmont Road, N.E.
                                    Suite 2500
                                    Atlanta, GA 30305
                                    Telephone:  (678) 553-2105
                                    Facsimile:  (678) 553-2106
                                    jacxsensc@gtlaw.com

*Attorneys for Defendants Johnson & Johnson, Janssen Pharmaceuticals, Inc., Janssen Research & Development, LLC, and Janssen Ortho LLC*

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

_____
                                )
PAULA BRAZIL,                   )
                                )
    Plaintiff,                  )
                                )
v.                              )   CIVIL ACTION
                                )   FILE NO: 4:15-CV-00204-HLM
JANSSEN RESEARCH &              )
DEVELOPMENT LLC, et al.         )
                                )
    Defendants.                 )
_____

## CERTIFICATE OF SERVICE

I hereby certify that on January 7, 2016, I electronically filed the **Defendants Johnson & Johnson, Janssen Pharmaceuticals, Inc., Janssen Research & Development LLC, and Janssen Ortho LLC's Motion to Dismiss** with the Clerk of Court using the CM/ECF system, which will automatically send email notification of such filing to the following counsel of record:

Mark E. Silvey
Adam A. Edwards
Greg Coleman Law PC
First Tennessee Plaza
800 S. Gay Street, Suite 1100
Knoxville, TN 37929
adam@gregcolemanlaw.com
mark@gregcolemanlaw.com

1

*Counsel for Plaintiff*

This 7th day of January, 2016.

/s/ *Christiana C. Jacxsens*
Christiana C. Jacxsens
Georgia Bar No. 233912

*Attorneys for Defendants Johnson & Johnson, Janssen Pharmaceuticals, Inc., Janssen Research & Development, LLC, and Janssen Ortho LLC*

**GREENBERG TRAURIG LLP**
Terminus 200
3333 Piedmont Rd., NE, Suite 2500
Atlanta, Georgia 30305
Telephone: (678) 553-2105
Facsimile: (678) 553-2106
jacxsensc@gtlaw.com